# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 1:13-cv-01833-AT |
| ROBERT A. GIST and GIST, KENNEDY & ASSOCIATES, INC., | |
| Defendants, | |
| and | |
| ENCAP TECHNOLOGIES, LLC, | |
| Relief Defendant. | |

## FINAL JUDGMENT AS TO DEFENDANT ENCAP TECHNOLOGIES, LLC

The Securities and Exchange Commission having filed a Complaint and Defendant Encap Technologies, LLC having filed an Answer to the Complaint; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $1,257,850, representing unjust enrichment arising from the conduct of Defendants Robert A. Gist and Gist, Kennedy and Associates, Inc. alleged in the Complaint, together with prejudgment interest thereon in the amount of $83,957, for a total of $1,341,807. Based on Defendant's sworn representations in its Statement of Financial Condition dated January 15, 2015, and other documents and information submitted to the Commission, however, payment by Defendant to the Commission of the entire disgorgement amount and pre-judgment interest thereon of $1,341,807 is waived. The determination to waive payment of all of the disgorgement and pre-judgment interest is contingent upon the accuracy and completeness of Defendant's Statement of Financial Condition. If at any time following the entry of this Final Judgment the Commission obtains information indicating that Defendant's representations to the Commission concerning its assets, income, liabilities, or net worth were fraudulent, misleading, inaccurate, or incomplete in any material respect as of the time such representations were made, the Commission may, at its sole discretion and without prior notice to Defendant, petition the Court with service upon Defendant for an order requiring Defendant to pay the unpaid portion of the disgorgement, pre-judgment and post-judgment interest thereon. In connection with any such petition (the "Petition"), the only issue shall be whether the financial information provided by Defendant was fraudulent, misleading, inaccurate, or incomplete in any material respect as of the time such representations were made. In any such Petition, the Commission may move this Court to consider all available remedies, including, but not limited to, ordering Defendant to pay

2

funds or assets, directing the forfeiture of any assets, or sanctions for contempt of this Final Judgment. The Commission may also request additional discovery. Defendant may oppose any Petition by the Commission claiming that Defendant made representations to the Commission concerning its assets, income, liabilities, or net worth that were fraudulent, misleading, inaccurate, or incomplete in any material respect as of the time such representations were made. Defendant may not, however, by way of defense to any such Petition or otherwise: (1) challenge the validity of the Consent or this Final Judgment; (2) contest the allegations in the Complaint filed by the Commission; (3) assert that payment of disgorgement, pre-judgment and post-judgment interest should not be ordered; (4) contest the amount of disgorgement and pre-judgment and post-judgment interest; or (5) assert any defense to liability or remedy (apart from countering the allegations in any Petition), including, but not limited to, any statute of limitations defense.

In the event that the Court orders payment of disgorgement and pre-judgment interest upon petition by the Commission, Defendant shall also pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: April 30, 2015

_____
UNITED STATES DISTRICT JUDGE